IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS ) <br> TRI-STATE WELFARE PLAN, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MORCOM CONSTRUCTION COMPANY, ) <br> Defendant. ) | Judge Valdez <br> Case No. 16 C 8906 |

## Motion for Judgment

Plaintiffs by their attorney, Daniel P. McAnally, move this Court to enter judgment in this case against the Defendant and in support state:

1. This is an ERISA trust fund collection case that was settled in the form of an Agreed Order of Dismissal ("Agreed Order") and payment plan. (Exhibit A) This case was reinstated on July 24, 2018 and set for Plaintiffs' prove-up of damages on September 25, 2018.

2. Plaintiffs' claim for ERISA contributions as set forth in the Agreed Order total $16,590.28. If Morcom defaulted on the Agreed Order, Morcom agreed to pay a penalty in the amount of $2,842.79 plus Plaintiffs' attorney fees incurred in enforcing the Agreed Order. Morcom defaulted on the payment plan. Since the entry of the Agreed Order, Morcom has paid $9,500.00. The attorney fees incurred by the Plaintiffs' in enforcing this Agreed Order total $1,998.75. The amount due as a result of the breach is $11,932.02. (Exhibits B and C)

WHEREFORE, Plaintiffs pray for an entry of judgment against Morcom Construction Company for **$11,932.02.**

Respectfully submitted,
s/Daniel P. McAnally

McGann, Ketterman and Rioux
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com