IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16 cv 8906 Mag. Judge Valdez |
| v. | ) ) | |
| MORCOM CONSTRUCTION COMPANY, | ) ) ) | |
| Defendant. | ) | |

## Notice of Dismissal

To: Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3517
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on December 12, 2018 , pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

Iron Workers' Tri-state Welfare Plan,


By: s/ Daniel P. McAnally
     Attorney for Plaintiffs

Date: December 12, 2018


## Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via the court's ECF System to the person to who said Notice is directed on December 12, 2018.

McGann, Ketterman & Rioux
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700